IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Federal Trade Commission, et al. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:20-cv-01113-GJP |
| Thomas Jefferson University, et al. | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____2020, upon consideration of the Motion of Non-Party Shannondell, Inc. to Modify and/or Quash Subpoenas issued by the Federal Trade Commission and Albert Einstein Healthcare Network, and the response, if any, thereto, and for good cause shown, it is HEREBY ORDERED that the Motion is GRANTED and the subject subpoenas are quashed in whole.

BY THE COURT:

_____
J.

15215898v1