# EXHIBIT D

| Deposition Subpoena | Document Subpoena |
|---|---|
| 1 | 2 |
| 2 | 3 |
| 3 | 4 |
| 4 | 7 |
| 5 | 8 |
| 6 | 11 |
| 7 | 5 |
| 8 | 37,38 |
| 9 | 15 |
| 10 | ?? |
| 11 | 7,8 |
| 12 | 14 |
| 13 | 37,38,40 |
| 14 | 10 |
| 15 | 27 |
| 16 | 24 |
| 17 | 17 |
| 18 | 28 |
| 19 | 29 |
| 20 | 30 |
| 21 | 31,37 |
| 22 | 32 |
| 23 | 20 |
| 24 | 33 |
| 25 | 5 |

| 26 | 35 |
|----|----|