# EXHIBIT E

## INDEX re Jefferson/Einstein FTC Subpoena – Documents Produced

| Document | Date Produced | Bates Numbers |
|---|---|---|
| InterQual Criteria | 7/15/2019 | IBC0001-IBC0031 |
| Historical Information re Jefferson rate increases | 7/15/2019 | IBC0032-IBC0033 |
| Network Adequacy Report re Jefferson | 7/23/2019 | IBC0034-IBC0148 |
| **ALBERT EINSTEIN HEALTHCARE NETWORK** | | |
| Managed Care Participating Hospital Agreement<br>• *Includes Exhibits A-1, A-2, B, C, E, F, I, N* | 8/2/2019 | IBC0149-IBC0244 |
| Amendment to the Managed Care Participating Hospital Agreement with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-3; E-2; G; H; N-2* | 8/2/2019 | IBC0245-IBC0274 |
| Independence Blue Cross Member Hospital Agreement<br>• *Includes Exhibits A-1; A-2; A-3; I* | 8/2/2019 | IBC0275-IBC0347 |
| Amendment to the Member Hospital Agreement with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-3; G; H (NOTE: 2 copies of exhibits included)* | 8/2/2019 | IBC0348-IBC376 |
| Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan<br>• *NOTE: Exhibits not included.* | 8/2/2019 | IBC0377-IBC0394 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network Practice List (Albert Einstein Medical Center)<br>• *Includes Attachment 1 – Schedule 1 to Exhibit C – IPE Providers* | 8/2/2019 | IBC0395-IBC0414 |
| Amendment to the Independence Managed Care Participating Hospital Agreement for Small Group and Individual Qualified Health Plan Products<br>• *Includes Exhibit O Compensation Schedule 1* | 8/2/2019 | IBC0415-IBC0423 |
| Amendment to the Member Hospital Agreement with Albert Einstein Healthcare Network DRG Conversion and Maternity Rates<br>• *Includes Exhibit A-1* | 8/2/2019 | IBC0424-IBC0427 |

| | | |
|---|---|---|
| Amendment to the Managed Care Participating Hospital Agreement with Albert Einstein Healthcare Network DRG Conversion and Maternity Rates<br>• *Includes Exhibits A-1; O; A-3* | 8/2/2019 | IBC0428-IBC0433 |
| Amendment to the Amended and Restated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network (IPE)<br>• *Includes Exhibit C* | 8/2/2019 | IBC0434-IBC0449 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan (IPPIP) with Albert Einstein Healthcare Network Medicare Advantage Minimum Membership Threshold Amendment | 8/2/2019 | IBC0450-IBC0451 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Exhibit A-1; Schedules 1, 2, 3 to Exhibit C* | 8/2/2019 | IBC0452-IBC0480 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network | 8/2/2019 | IBC0481-IBC0482 |
| Additional Extension of Current Healthcare Provider Contract Terms | 8/2/2019 | IBC0483-IBC0484 |
| Amendment to the Member Hospital Agreement with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-1; A-2; G; H; I* | 8/2/2019 | IBC0485-IBC0524 |
| Amendment to the Managed Care Participating Hospital Agreement with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-1; A-2; B; C; E; F; G; H; I; O* | 8/2/2019 | IBC0525-IBC0608 |
| Amendment to the Managed Care Participating Hospital Agreement with Albert Einstein Healthcare Network for Moss Rehabilitation Hospital's Participation in a New 2016 Medicare Advantage HMO Product Network<br>• *Includes Exhibit A-2* | 8/2/2019 | IBC0609-IBC0612 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Schedule 1 to Exhibit C* | 8/2/2019 | IBC0613-IBC0615 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider | 8/2/2019 | IBC0616-IBC0619 |

| | | |
|---|---|---|
| Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-1; A-2* | | |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-1; A-2* | 8/2/2019 | IBC0620-IBC0623 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Exhibit C* | 8/2/2019 | IBC0624-IBC0627 |
| Amendment to the Managed Care Participating Hospital Agreement with Hospital for Out-of-Area Blue Plans Medicare Advantage HMO Members Receiving Transplant Services | 8/2/2019 | IBC0628-IBC0629 |
| Amendment to the Member Hospital Agreement with Albert Einstein Healthcare Network<br>• *Includes Exhibit A-1* | 8/2/2019 | IBC0630-IBC0633 |
| Amendment to the Managed Care Participating Hospital Agreement with Albert Einstein Healthcare Network<br>• *Includes Exhibit A-1* | 8/2/2019 | IBC0634-IBC0640 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Exhibit C* | 8/2/2019 | IBC0641-IBC0645 |
| Amended to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-1; A-2; Attachment 1; Appendix D; Appendix E* | 8/2/2019 | IBC0646-IBC0663 |
| Amendment to the Member Hospital Agreement with Albert Einstein Healthcare Network<br>• *Includes Exhibit K* | 8/2/2019 | IBC0664-IBC0666 |
| Amendment to the Managed Care Participating Hospital Agreement with Albert Einstein Healthcare Network<br>• *Includes Exhibit K* | 8/2/2019 | IBC0667-IBC0669 |
| Amendment to the Member Hospital Agreement with Albert Einstein Healthcare Network | 8/2/2019 | IBC0670-IBC0671 |

| | | |
|---|---|---|
| Amendment to the Managed Care Participating Hospital Agreement with Albert Einstein Healthcare Network | 8/2/2019 | IBC0672-IBC0673 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-1; A-2; Attachment 1* | 8/2/2019 | IBC0674-IBC0684 |
| Independence Indemnity Plan Hospital Agreement<br>• *Includes Exhibits A; C-1; C-2; H; J; L; N; O* | 8/2/2019 | IBC0685-IBC0771 |
| Independence Managed Care Participating Hospital Agreement<br>• *Includes Exhibits A; B; C-1; C-2; D; F; H; J; L; N; O* | 8/2/2019 | IBC0772-IBC0897 |
| Amendment to the Amended and Restated Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan with Albert Einstein Healthcare Network<br>• *Includes Exhibits A-1; A-2; Attachment 1; Appendix D; Appendix E* | 8/2/2019 | IBC0898-IBC0917 |
| Value-Based Program Participation | 8/2/2019 | IBC0918-IBC0919 |
| **THOMAS JEFFERSON UNIVERSITY HOSPITAL** | | |
| Independence Hospital Indemnity Plan Hospital Agreement<br>• *Includes Exhibits A-1; B; H; J; K; L; O* | 8/2/2019 | IBC0920-IBC1016 |
| Independence Managed Care Participating Hospital Agreement<br>• *Includes Exhibits A-1; B; C; D; E; F; H; J; K; L; O* | 8/2/2019 | IBC1017-IBC1232 |
| Letter of Agreement (Ambulance Services) | 8/2/2019 | IBC1233-IBC1234 |
| Value-Based Program ("VBP") Term Sheet | 8/2/2019 | IBC1235-IBC1241 |
| Integrated Provider Entity Agreement for Integrated Provider Performance Incentive Plan<br>• *Includes Exhibits A; A-1; A-2; B; C* | 8/2/2019 | IBC1242-IBC1322 |
| Amendment to the Managed Care Participating Hospital Agreement with Jefferson Health<br>• *Includes Exhibit A-1* | 8/2/2019 | IBC1323-IBC1327 |
| Amendment to the Independence Managed Care Participating Hospital Agreement for Large Group PPO Tiered Network Product<br>• *Includes Exhibit A-1* | 8/2/2019 | IBC1328-IBC1339 |

| | | |
|---|---|---|
| Amendment to the Independence Managed Care Participating Hospital Agreement to Modify Incentive Accruals<br>• *Includes Exhibit A-1* | 8/2/2019 | IBC1340-IBC1354 |
| Amended and Restated Value-Based Program Term Sheet May 1, 2018 | 8/2/2019 | IBC1355-IBC1362 |
| Amendment to the Independence Hospital Indemnity Plan Hospital Agreement for CAR-T Therapy Products | 8/2/2019 | IBC1363-IBC1365 |
| Amendment to the Independence Managed Care Participating Hospital Agreement for CAR-T Therapy Products | 8/2/2019 | IBC1366-IBC1368 |
| Amendment to the Independence Hospital Indemnity Plan Hospital Agreement for New Ambulatory Surgery Center<br>• *Includes Exhibit H* | 8/2/2019 | IBC1369-IBC1372 |
| Amendment to the Independence Managed Care Participating Hospital Agreement for New Ambulatory Surgery Center | 8/2/2019 | IBC1373-IBC1377 |
| Tiered Products Offered by Independence | 9/4/2019 | IBC1378-IBC1386 |
| **GENESIS HEALTHCARE CORPORATION** | | |
| Independence Blue Cross Participating Ancillary Facility Agreement<br>• *Includes Exhibits A, B, C, D, Part B Therapy Addendum* | 9/11/2019 | IBC1387-IBC1429 |
| AmeriHealth HMO and Affiliate Participating Ancillary Facility Agreement<br>• *Includes Exhibits A, B, C, D, Part B Therapy Addendum* | 9/11/2019 | IBC1430-IBC1474 |
| Amendment to the Participating Ancillary Facility Agreement With Genesis Health Care Corporation<br>• *Includes Attachment A to Exhibit A, Attachment B to Exhibit A* | 9/11/2019 | IBC1475-IBC1486 |
| Amendment to the Participating Ancillary Facility Agreement With Genesis Health Care Corporation<br>• *Includes Attachment A to Exhibit A, Attachment B to Exhibit A* | 9/11/2019 | IBC1487-IBC1498 |
| Amendment to the Independence Blue Cross Participating Ancillary Facility Agreement | 9/11/2019 | IBC1499 |
| Amendment to the Independence Blue Cross Participating Ancillary Facility Agreement | 9/11/2019 | IBC1500 |
| Amendment to the AmeriHealth HMO and Affiliate Participating Ancillary Facility Agreement | 9/11/2019 | IBC1501 |

| | | |
|---|---|---|
| Amendment to the AmeriHealth HMO and Affiliate Participating Ancillary Facility Agreement | 9/11/2019 | IBC1502 |
| Amendment to the Independence Blue Cross Participating Ancillary Facility Agreement | 9/11/2019 | IBC1503 |
| Amendment to the AmeriHealth HMO and Affiliate Participating Ancillary Facility Agreement | 9/11/2019 | IBC1504 |
| **GOOD SHEPHERD** | | |
| Member Hospital Agreement<br>• *Includes Exhibits A-1, B* | 9/12/2019 | IBC1505-IBC1551 |
| Managed Care Participating Hospital Agreement<br>• *Includes Exhibits A-1, B, C, F* | 9/12/2019 | IBC1552-IBC1621 |
| Amendment Number One to the Managed Care Hospital Agreement with Good Shepherd Penn Partners Hospital<br>• *Includes Attachment A* | 9/12/2019 | IBC1622-IBC1628 |
| Amendment Number Two to the Managed Care Hospital Agreement with Good Shepherd Penn Partners Hospital<br>• *Includes Attachment A* | 9/12/2019 | IBC1629-IBC1631 |
| Amendment Number Three to the Managed Care Hospital Agreement with Good Shepherd Penn Partners Hospital<br>• *Includes Attachment A* | 9/12/2019 | IBC1632-IBC1634 |
| Amendment Number Fourth to the Managed Care Hospital Agreement with Good Shepherd Penn Partners Hospital<br>• *Includes Attachment A* | 9/12/2019 | IBC1635-IBC1642 |
| Amendment Number Five to the Managed Care Hospital Agreement with Good Shepherd Penn Partners Hospital<br>• *Includes Attachment A* | 9/12/2019 | IBC1643-IBC1645 |
| **MAGEE** | | |
| Member Hospital Agreement<br>• *Includes Exhibit A-2* | 9/12/2019 | IBC1646-IBC1678 |
| Managed Care Participating Hospital Agreement<br>• *Includes Exhibits A-2, B, C, F* | 9/12/2019 | IBC1679-IBC1727 |
| Amendment to the Member Hospital Agreement with Magee Rehabilitation Hospital<br>• *Includes Attachment 1* | 9/12/2019 | IBC1728-IBC1730 |
| Amendment to the Managed Care Participating Hospital Agreement with Magee Rehabilitation Hospital for Participation in a New 2016 Medicare Advantage HMO Product Network | 9/12/2019 | IBC1731-IBC1734 |

| **SUBURBAN** | | |
|---|---|---|
| Independence Managed Care Participating Hospital Agreement<br>• *Includes Exhibits A-1, A-2, B, C, D, E, F, G, H, I, J, K, L, M, N* | 9/12/2019 | IBC1735-IBC1828 |
| Independence Hospital Indemnity Plan Hospital Agreement<br>• *Includes Exhibits A-1, A-2, B, D, E, F, G, H, I, J, K, L, M, N* | 9/12/2019 | IBC1829-IBC1906 |
| Documents re Jefferson Negotiations | 9/24/2019 | IBC1907-IBC1942 |
| Documents re Einstein Negotiations | 9/24/2019 | IBC1943-IBC1960 |
| Summary Claims Data re Jefferson and Einstein | 5/31/2018 | |
| Medical Policy Bulletins re<br>• MA02.003a Home Health Care Services<br>• 02.01.01d Home Health Care Services | 12/19/2018 | |
| Revenue Codes | 6/12/2019 | |
| Claims data in response to Patient-Data Civil Investigative Demand. | 7/15/2019 | |
| List of Primary Hospital Contracts | 9/5/2019 | |
| E-Mail Containing Answers to Questions Asked by Jamie France | 9/27/2019 | |
| Declaration of Paul Staudenmeier | 11/8/2019 | |