## CERTIFICATE OF SERVICE

I, Richard Limburg, attorney for third-party, Independence Blue Cross, LLC, do hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court on the date listed below and that a copy of the foregoing document was served on all parties of record via the Court's electronic filing system.

                                              */s/ Richard Limburg*
                                              Richard Limburg

Dated: June 4, 2020

**Error! Unknown document property name.**