IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., *Plaintiffs,* v. THOMAS JEFFERSON UNIVERSITY, et al., *Defendants.* | CIVIL ACTION NO. 20-1113 |

## ORDER

**AND NOW**, this 5th day of June, 2020, upon consideration of Plaintiff Commonwealth of Pennsylvania's Application for Admission *Pro Hac Vice* (ECF No. 72), it is hereby **ORDERED** that the Application is **DENIED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Plaintiff is directed to refer to the Court's updated Policies and Procedures, Part I.D ("*Pro Hac Vice* Motions"), *available at* https://www.paed.uscourts.gov/documents/procedures/pappol.pdf.