IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** and **COMMONWEALTH OF PENNSYLVANIA** <br>             Plaintiffs, <br> v. <br> **THOMAS JEFFERSON UNIVERSITY** and **ALBERT EINSTEIN HEALTHCARE NETWORK** <br>             Defendants | No. 2:20-cv-01113-GJP |

## ORDER

AND NOW, this _____ day of June, 2020, upon consideration of the Motion of Non-party Independence Blue Cross to Quash the April 24 and May 26, 2020 Subpoenas served on it by Defendant Thomas Jefferson University, and Defendant's response, it is hereby ORDERED that the April 24 and May 26, 2020 Subpoenas are QUASHED.

 

_____

Gerald J. Pappert, J.