## CERTIFICATE OF SERVICE

      I, Richard Limburg, attorney for third-party, Tandigm Health, LLC, do hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court on the date listed below and that a copy of the foregoing document was served on all parties of record via the Court's electronic filing system.

                          */s/ Richard Limburg*
                          Richard Limburg

Dated: June 5, 2020

**Error! Unknown document property name.**