IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al., *Plaintiffs,* v. THOMAS JEFFERSON UNIVERSITY et al., *Defendants.* | CIVIL ACTION NO. 20-01113 |

## ORDER

**AND NOW**, this 5th day of June 2020, upon consideration of Nonparty Shannondell, Inc.'s Third-Party Motion to Modify and/or Quash Subpoenas (ECF Nos. 56 & 57), the Federal Trade Commission and Commonwealth of Pennsylvania's Response (ECF No. 64), and Albert Einstein Healthcare Network's Response (ECF No. 67), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part. Shannondell shall comply with the nineteen requests in the subpoenas, but the Court extends the time for compliance to on or before **Friday, June 26, 2020**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.