IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> THOMAS JEFFERSON UNIVERSITY et al., <br><br> *Defendants.* | CIVIL ACTION <br><br> NO. 20-01113 |

## ORDER

**AND NOW**, this 29th day of July 2020, upon consideration of Nonparty Kindred Healthcare LLC's Motion to Quash or Modify the Subpoena (ECF No. 106) and Defendants Thomas Jefferson University and Albert Einstein Healthcare Network's Response (ECF No. 112), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part.

Defendants shall modify the first three requests of the subpoena to include reasonable temporal limitations by **Friday, July 31, 2020**, and Kindred shall comply with the six requests in the subpoena on or before **Friday, August 7, 2020**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.