IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>COMMONWEALTH OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY and<br><br>ALBERT EINSTEIN HEALTHCARE NETWORK,<br><br>Defendants. | Civil Action No. 20-01113 |

**DEFENDANTS THOMAS JEFFERSON UNIVERSITY AND
ALBERT EINSTEIN HEALTHCARE NETWORK'S
<u>MOTION TO EXCLUDE THE TESTIMONY OF CHRISTINE HAMMER</u>**

Defendants Thomas Jefferson University ("Jefferson") and Albert Einstein Healthcare Network ("Einstein") (collectively, "Defendants") move this Court to exclude the testimony of Christine Hammer. The grounds for Defendants' motion are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated:  September 2, 2020

Respectfully submitted,

/s/ Virginia A. Gibson
Virginia A. Gibson (ID#32520)
Stephen A. Loney, Jr. (ID#202535)
Garima Malhotra (ID#327158)
Alexander Bowerman (ID#321990)
HOGAN LOVELLS US LLP
1735 Market Street, Floor 23
Philadelphia, PA 19103
Telephone:  267-675-4600
Facsimile:  267-675-4601
virginia.gibson@hoganlovells.com
stephen.loney@hoganlovells.com

Robert F. Leibenluft (admitted *pro hac vice*)
Leigh L. Oliver (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
Kimberly D. Rancour (admitted *pro hac vice*)
Kathleen K. Hughes (admitted *pro hac vice*)
Molly Pallman (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:  202-637-5600
Facsimile:  202-637-5910
robert.leibenluft@hoganlovells.com
leigh.oliver@hoganlovells.com
justin.bernick@hoganlovells.com
kimberly.rancour@hoganlovells.com
kathleen.hughes@hoganlovells.com
molly.pallman@hoganlovells.com

*Counsel for Defendant Albert Einstein Healthcare Network*

Howard Bruce Klein
Law Offices of Howard Bruce Klein, PC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
klein@hbklein.com

*Counsel for Defendants Thomas Jefferson University and Albert Einstein Healthcare Network*

/s/ Paul H. Saint-Antoine
Paul H. Saint-Antoine  (ID# 56224)
John S. Yi  (ID# 318979)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone:  215-988-2700
Facsimile:  215-988-2757
paul.saint-antoine@faegredrinker.com
john.yi@faegredrinker.com

Kenneth M. Vorrasi (admitted *pro hac vice*)
John L. Roach, IV (admitted *pro hac vice*)
Jonathan H. Todt  (admitted *pro hac vice*)
Alison M. Agnew (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC  20005
Telephone:  202-842-8800
Facsimile:  202-842-8465
kenneth.vorrasi@faegredrinker.com
lee.roach@faegredrinker.com
jonathan.todt@faegredrinker.com
alison.agnew@faegredrinker.com

Daniel J. Delaney (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312-569-1000
Facsimile: 312-569-3000
daniel.delaney@faegredrinker.com

*Counsel for Defendant Thomas Jefferson University*