IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and COMMONWEALTH OF PENNSYLVANIA, <br>         *Plaintiffs,* <br><br>   v. <br><br> THOMAS JEFFERSON UNIVERSITY and ALBERT EINSTEIN HEALTHCARE NETWORK, <br>         *Defendants*. | Civil Action No. 2:20-cv-01113 |

### DEFENDANT THOMAS JEFFERSON UNIVERSITY'S
### MOTION TO SEAL CONFIDENTIAL EXHIBITS

Pursuant to Federal Rules of Civil Procedure 5.2 and Local Rules of Civil Procedure 5.1.5 and 7.1, Defendant Thomas Jefferson University ("Jefferson") respectfully moves this Court for an order that certain portions of documents that may be presented during the preliminary injunction hearing or in the parties' proposed findings of fact and conclusions of law be sealed with protections necessary to prevent from public disclosure the contents of these documents.

Dated: September 8, 2020

Respectfully Submitted,

*/s/ Paul H. Saint-Antoine*
Paul H. Saint-Antoine  (ID# 56224)
John S. Yi  (ID# 318979)
Carol F. Trevey (ID# 312087)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone:  215-988-2700
Facsimile:  215-988-2757
paul.saint-antoine@faegredrinker.com
john.yi@faegredrinker.com
carol.trevey@faegredrinker.com

2

        Kenneth M. Vorrasi (admitted *pro hac vice*)
        John L. Roach, IV (admitted *pro hac vice*)
        Jonathan H. Todt  (admitted *pro hac vice*)
        Alison M. Agnew (admitted *pro hac vice*)
        FAEGRE DRINKER BIDDLE & REATH LLP
        1500 K Street, NW, Suite 1100
        Washington, DC  20005
        Telephone:  202-842-8800
        Facsimile:  202-842-8465
        kenneth.vorrasi@faegredrinker.com
        lee.roach@faegredrinker.com
        jonathan.todt@faegredrinker.com
        alison.agnew@faegredrinker.com

        Daniel J. Delaney (admitted *pro hac vice*)
        FAEGRE DRINKER BIDDLE & REATH LLP
        191 N. Wacker Drive, Suite 3700
        Chicago, IL 60606
        Telephone: 312-569-1000
        Facsimile: 312-569-3000
        daniel.delaney@faegredrinker.com

        *Counsel for Defendant Thomas Jefferson University*