# APPENDIX A

## Strategy Information

| Trial Exhibit No. | Document Description | Protection Sought |
|---|---|---|
| PX1036 | Jefferson Document: Board of Trustees Retreat Agenda (06/20/18) | Complete |
| PX1074 | Jefferson Presentation: Jefferson Health's Strategic Roadmap Consolidated Findings; Implications & Recommendations December 2016 (12/16) | Complete |
| PX1365 | Email from Peter DeAngelis to Stephen Klasko re: FW: Sent on Behalf Stephen K. Klasko, MD, MBA w/Attach: 160621 JH Board Strategy Pre-Reading_pdf; Jefferson Strategic Roadmap Findings & RecommendationsV2.pdf (01/27/17) | Complete |
| PX1368 | Email from Maria Whitty to Peter DeAngelis re: FW: 4pm McKinsey Meeting (E-mail 1 of 2) w/Attach: 160706 Jefferson Payor Strategy.pdf; 160706 Jefferson Patient Access.pdf (07/06/16) | Complete |
| PX1127 | Email from Anne Docimo to Bruce Meyer re: FW: Mckinsey decks w/Attach:160517 Steering committee #2.MONICA.pptx;160427 Steering committee #1.MONICA.pptx (11/04/17) | Complete |
| PX1051 | Email from Stephen Klasko to Peter DeAngelis; Larry Merlis; Kathleen Kinslow; et al. re: Re: TIA agenda March 28; May need an additional meeting (04/07/17) | Complete |
| PX1060 | Email from Gregory Shea to Stephen Klasko re: FW: Chair and LA Alumni notes w/Attach: Chair Education 7-21-17.doc (07/26/17) | Complete |
| PX1431 | Email from Philip Green to Larry Merlis; Stephen Boochever; Robert Cindrich re: FW: Fox Chase/HPP (01/10/19) | Complete |
| PX1434 | Email from Philip Green to Larry Merlis; Stephen Boochever re: Re: Einstein-Attorney-Client Privilege Applies (02/20/19) | Complete |
| PX1395 | Email from Peter DeAngelis to Stephen Klasko; Larry Merlis; Steve Crane; Mark Tykocinski; et al. re: FW: Rating Agency w/Attach: TJU_rating Agency Deck_v14 edits 051719.pdf (05/17/19) | Complete |

| PX1056 | Email from Stephen Klasko to Robert Adelson; Bruce Meyer; John Ekarius; et al. re: Re: Board Meeting Today (07/29/19) | Complete |
| --- | --- | --- |
| PX1404 | Email from Peter DeAngelis to Stephen Klasko; Larry Merlis; Steve Crane; Mark Tyocinski; et al. re: FW: Rating Agency w/Attach: TJU Rating Agency Deck v14 edits 051719.pdf (05/17/19) | Complete |
| PX1430 | Email from Ted Kaehler to Stephen Boochever; Court Houseworth; Larry Merlis re: RE: Purchase Price Summary w/Attach: Funds Flow (2017 & Present).pdf; GT 2.16 Dec 2018 Owner LOB Results with Updated Lead Sheet.pdf.pdf (05/23/19) | Complete |
| PX1310 | Jefferson Presentation: Post-Acute Care - 3 Year Strategic and Financial Plan FY19-FY21 (NA) | Complete |
| PX1300 | Email from Stephen Klasko to Phil Green; Larry Merlis; Robert Cindrich; et al. re: Re: Capital and Strategic Partner (08/02/18) | Complete |
| DX9359 | Abington-Jefferson Health: 3 Year Strategic & Financial Plan FY20-FY22 | Complete |
| DX9360 | TJUH Inc.: 3 Year Strategic & Financial Plan FY20-FY22 | Complete |
| DX9361 | Jefferson Health Northeast: 3 Year Strategic & Financial Plan FY20-FY22 | Complete |
| DX9362 | Jefferson Health New Jersey: 3 Year Strategic & Financial Plan FY20-FY22 | Complete |
| DX9372 | Jefferson's Rationale for Proposed Acquisition of Health Partners Plan | Complete |
| DX9413 | Abington Jefferson Health Operations Plan | Complete |
| DX9460 | RE: can you send me the business plans we submitted with our threshold capital requests for FY 2020 | Complete |
| DX9359 | Abington-Jefferson Health: 3 Year Strategic & Financial Plan FY20-FY22 | Complete |
| DX9302 | FW: Network Optimization Work Group #2 | Complete |
| DX9495 | Re: CMC Vote Needed - Please Respond | Complete |
| PX1261 | Email from Margaret McGoldrick to Margaret McGoldrick re: FW: Abington Jefferson Health Strategic Planning - Meeting # 1 w/Attach: Jefferson Health Strategic Framework.pdf; Abington JH Environmental Assessment.pdf; Abington JH Strategic Plan Template.pdf; Meeting #1 Discussion Guide - Abington.pdf (01/09/18) | Complete |
| PX1169 | Email from Peter DeAngelis to Alfred Salvato; Neil Lubarsky re: Fwd: Documents for July 30 meeting w/Attach: Albert Einstein Budget Analysis 07-26- | Partial |

| | | |
|---|---|---|
| | 2018 DRAFT.pdf; ATT00001.HTM; Albert Einstein Due Diligence Report DRAFT July 26,2018.pdf; ATT00002 htm (07/26/18) | |
| PX1135 | Email from Stephen Klasko to Mike Farris re: Monday w/Attach: Klasko and Jefferson 2020 a.docx (07/13/18) | Partial |
| PX1055 | Email from Phil Green to Stephen Klasko; Larry Merlis; Robert Cindrich re: Re: Redefining (11/13/18) | Partial |
| PX1412 | Jefferson HSR Filing: 4(c)-64 (08/29/18) | Partial |
| PX1153 | Jefferson Documents: Payer Negotiations and Strategy Documents (NA) | Partial |
| DX9469 | Strategic Growth Committee Presentation to TJU Board of Trustees | Partial |
| DX9337 | Magee Rehabilitation - 2019-2021 Strategic Plan | Partial |
| DX8808 | Deposition Transcript of Philip Green | Partial |
| DX8813 | Deposition Transcript of Stephen Klasko, M.D. | Partial |
| DX8820 | Deposition Transcript of Lawrence Merlis | Partial |

## **Pricing Information**

| **Trial Exhibit No.** | **Document Description** | **Protection Sought** |
|---|---|---|
| PX1364 | Email from Sharon Galup to Peter DeAngelis re: FW: Jefferson Independence Blue Cross Proposed Term Sheet w/Attach: Jefferon-IBC Term Sheet - 4-13-17 v2.docx (04/17/17) | Complete |
| PX1003 | Email from Elisa Reisenbach to Jack Flynn; Debra Taylor; Sharon Galup; et al. re: RE: LEGAL 32511268v3 Commercial Tiered Independence Blue Cross Prop 18Sep2017 w/Attach: Jefferson Commercial Tiered Independence Blue Cross Pro 25Sep2017 from Independence Blue Cross.docx (09/26/17) | Complete |
| PX1005 | Email from Debra Taylor to Joann Pinto re: GCOUNSEL-#24177-v1-DVACO Aetna Product w/Attach:GCOUNSEL-#24177-v1-DVACO Aetna Product.docx (09/06/16) | Complete |
| PX1113 | Email from Jack Flynn to Christopher Morris; Debra Taylor; Nga Tran re: Re: 2017 Product Offerings (08/23/16) | Complete |
| PX1082 | Email from Bill Thompson to Michael Potts; Patricia Underwood; Margaret Alfano; et al. re: RE:Cigna Magee agreement (02/11/15) | Complete |
| PX1084 | Email from Patricia Underwood to Michael Potts; Bill Thompson; and Margaret Alfano re: RE: Cigna Magee Agreement (01/26/15) | Complete |
| PX1375 | Email from Sharon Galup to Peter DeAngelis re: RE: Independence Blue Cross Summary 4/9/17 (04/10/17) | Complete |
| PX1010 | Email from Patricia Daniel to Jack Flynn re: RE:United Update (08/12/18) | Complete |
| PX1012 | Email from Sharon Galup to Peter DeAngelis; Michael Walsh; Jack Flynn et al. re: Contracting Committee Meetings (monthly) w/Attach: Contracting Committee Agenda 1.14.19.docx; Contracting Committee United Summary 14Jan2019.docx; United Proposal Comparee FINAL.XLSX; Contracting Committee C-HS Summary 14Jan2019.docx (12/17/18) | Complete |
| PX2201 | Email from Jack Flynn to Christopher Tomlinson; Sharon Galup; Stephanie Conners; et al. re: Re: Cigna (02/08/20) | Complete |

| | | |
|---|---|---|
| DX9391 | FW: IBC Medicare Narrow Network Product | Complete |
| DX129 | Aetna PEBTF Amendment | Complete |
| DX3000 | GCOUNSEL-#24177-v1-DVACO_Aetna_Product, attaching Pennsylvania Employee Benefits Trust Fund Narrow Network Analysis and Recommendation | Complete |
| DX9395 | Re: 2017 Product Offerings | Complete |
| DX9436 | IBC - Jefferson Health Agreement Effective September 1, 2017 | Complete |
| DX9440 | IBC Snapshot | Complete |
| DX9454 | Summary - Magee Rehabilitation Status Aetna Contract Status | Complete |
| DX9455 | Aetna-JH Contract Effective 07.07.18 (FINAL) | Complete |
| DX9475 | Summaries of payor agreements | Complete |
| DX9479 | Aetna Health Inc. and Magee Rehabilitation Hospital 2015-2016 Extension Agreement Amendment | Complete |
| DX9480 | Letter from Michael Potts to Patricia Underwood attaching Ancillary Services Agreement | Complete |
| DX9481 | Blue Cross 19_09_18 b.pdf | Complete |
| DX9482 | 3844-4783.pdf | Complete |
| DX9406 | Email from Sarah Myer to Steve DeStefano re: Karimoto | Complete |
| PX1007 | Email from Debra Taylor to Amy Curcil re: Aetna Concentric Network 11-28-16.pptx w/Attach: Aetna Concentric Network 11-28-16.pptx (11/28/19) | Complete |
| PX1006 | Email from Elisa Reisenbach to Jack Flynn; Debra Taylor; Sharon Galup; et al. re: RE: Jefferson Large Group Product Amendment and Rate Schedules (11/16/17) | Partial |
| PX1008 | Email from Jack Flynn to Kim Roberts; Mary Sunday; Louis Incognito; et al. re: Independence Blue Cross Personal Choice Tiered network w/Attach: Large Grau PPO Tiered Network Product Aqreernent.pdf; tiered network sales brochure.pdf (06/12/18) | Partial |
| PX1043 | Email from Stephen Klasko to Peter DeAngelis; Larry Merlis; Kathleen Kinslow; et al. re: Re: TIA Agenda (04/11/17) | Partial |
| PX1382 | Email from Maria Whitty to Anne Docimo; Chuck Lewis; Cristina Cavalieri; Larry Merlis; et al. re: Meeting Materials: May 19th Payor Strategy Group Meeting w/Attach: 05.19.17 Payor Strategy Group Agenda.docx; Attachment A High Level Summary JH proposal of 05 11 17v2.pdf (05/18/17) | Partial |

| PX1020 | Email from Pat Underwood to Hank Skoczen; Rose Battiato; Lane Brown; et al. re: RE: Tier 3 (04/15/15) | Partial |
|---|---|---|
| DX9396 | Re: 2017 Product | Partial |
| DX9397 | Aetna Concentric Network 11-28-16 | Partial |
| DX3006 | IBC Personal Choice Tiered Network | Partial |
| DX9420 | Letter from Pete DeAngelis to Tony Coletta re: 2017 Jefferson Health Contract Negotiation | Partial |
| DX9421 | Letter from Sharon Galup to Paul Staudenmeier (IBC) | Partial |
| DX9458 | IBC - Jefferson Health Contract Negotiations for Contract Effective 7/1/2017 | Partial |
| DX9467 | Re: LEGAL 32511268v3 Commercial Tiered IBC Prop 18Sep2017 | Partial |
| DX8798 | Deposition Transcript of Peter DeAngelis | Partial |
| DX8821 | Deposition Transcript of Bruce Meyer, M.D. | Partial |
| DX8805 | Deposition Transcript of John (Jack) Flynn | Partial |

**Protected Health Information**

| Trial Exhibit No. | Document Description | Protection Sought |
|---|---|---|
| DX9403 | Email from Steve DeStefano re: Potential Referral - Univ. of Maryland-patient (male) | Partial |
| DX9404 | Email from Steve DeStefano re: patient at Univ. of MD | Partial |
| DX9415 | Email from Jack Carroll to Lane Brown re: North Carolina patient safely arrived | Partial |
| DX9424 | Email from Dawn Frederickson to Steve DeStefano et al. re: WC case at Christiana | Partial |
| DX9492 | Email from Mary Schmidt to Carolyn Uvegas and Ruth Burnett | Partial |
| DX9493 | Email from Lane Brown to Marissa Matteo re: Tour: patient | Partial |