# Attachment A

## Chart of Exhibits

**ATTACHMENT A**

| Document Number | Bates Range and Exhibit Number | Document Description | Category 1: Reimbursement, Bidding & Pricing Info. | Category 2: Negotiating Strategies | Category 3: Strategic Plans and Analysis | Category 4: Contracting Information | Relief Sought |
|---|---|---|---|---|---|---|---|
| 1 | Bates N/A (PX7050) | Deposition Transcript of Christopher Morris in His Personal and 30(b)(6) Capacities (Aetna, Inc.) | ✓ | ✓ | ✓ | ✓ | Partial Disclosure |
| 2 | Bates N/A (PX7010) | FTC Investigational Hearing Transcript of Christopher Morris | ✓ | ✓ | ✓ | ✓ | Partial Disclosure |
| 3 | AETNA0000563 through AETNA0000696 (PX3003) | Einstein – Aetna Hospital Services Agreement Effective 10/15/2011 | ✓ | | | ✓ | Complete Non-Disclosure |
| 4 | AETNA0000777 (PX3004) | Jefferson – Aetna Managed Care Agreement Amendment Effective 1/1/2017 | ✓ | | | ✓ | Complete Non-Disclosure |

| Document Number | Bates Range and Exhibit Number | Document Description | Category 1: Reimbursement, Bidding & Pricing Info. | Category 2: Negotiating Strategies | Category 3: Strategic Plans and Analysis | Category 4: Contracting Information | Relief Sought |
|---|---|---|---|---|---|---|---|
| 5 | AETNA0000957 through AETNA0000966 (PX3053) | Jefferson – Aetna Hospital Services Agreement Amendment Effective 7/1/2018 | ✓ | | | ✓ | Complete Non-Disclosure |
| 6 | AETNA0001704 through AETNA0001705 (DX103) | Email from Christopher Soran to C. Morris and A. Ovuka: Finalized Savings Plus Model | ✓ | ✓ | | | Partial Disclosure |
| 7 | AETNA0001708 (PX3006) | Email from Chris McTiernan to C. Morris and J. Pechar re: Savings Plus Commercial Network | ✓ | ✓ | | | Partial Disclosure |
| 8 | AETNA0001735 through AETNA0001740 (DX107) | Email from C. Morris to D. Taylor re: 2017 Product | ✓ | ✓ | ✓ | ✓ | Partial Disclosure |
| 9 | AETNA0001746 through AETNA0001747 (PX3007) | Email from J. Flynn to C. Morris Re: 2017 Product Offerings | ✓ | ✓ | ✓ | | Partial Disclosure |

| Document Number | Bates Range and Exhibit Number | Document Description | Category 1: Reimbursement, Bidding & Pricing Info. | Category 2: Negotiating Strategies | Category 3: Strategic Plans and Analysis | Category 4: Contracting Information | Relief Sought |
|---|---|---|---|---|---|---|---|
| 10 | AETNA0001781 through AETNA0001782 (PX3009) | Email from Stephen Wyszomierski to C. Morris RE: 2018 Savings Plus Option | ✓ | ✓ | | | Partial Disclosure |
| 11 | AETNA0001749 through AETNA0001770 (PX3045) | Email from Laura Knorr to C. Morris Re: Jefferson Value Proposition LEAP 5.4.18(2).pptx | ✓ | ✓ | ✓ | | Partial Disclosure |
| 12 | AETNA0001787 through AETNA0001788 (PX3046) | Email from Christopher Soran to C. Morris and others Re: Einstein Follow Up | ✓ | ✓ | ✓ | | Partial Disclosure |
| 13 | AETNA0001820 through AETNA0001821 (PX3048) | Email from Christopher Soran to James Russel, among others, Re: Network Updates 10-07-2019 | | ✓ | | | Partial Disclosure |

| Document Number | Bates Range and Exhibit Number | Document Description | Category 1: Reimbursement, Bidding & Pricing Info. | Category 2: Negotiating Strategies | Category 3: Strategic Plans and Analysis | Category 4: Contracting Information | Relief Sought |
|---|---|---|---|---|---|---|---|
| 14 | AETNA0001826 (PX3049) | Email from Martha Carlson to C. Morris Re: Einstein | | ✓ | | ✓ | Partial Disclosure |
| 15 | AETNA0002137 through AETNA0002139 (DX106) | RE: Savings Plus - Provider Negotiations | ✓ | ✓ | ✓ | | Partial Disclosure |
| 16 | AETNA0002140 through AETNA0002179 (part of DX106) | Efficiency Relativities OE no PModel 2017 Narrow Optionv2.xlsx | ✓ | | | | Partial Disclosure |
| 17 | AETNA0002248 through AETNA0002265 (DX127) | Calendar Invite from Stephanie Mayes to C. Morris (among others) for a November 30, 2016 meeting with the subject: Network Meeting (In Person) | ✓ | ✓ | ✓ | ✓ | Partial Disclosure |

| Document Number | Bates Range and Exhibit Number | Document Description | Category 1: Reimbursement, Bidding & Pricing Info. | Category 2: Negotiating Strategies | Category 3: Strategic Plans and Analysis | Category 4: Contracting Information | Relief Sought |
|---|---|---|---|---|---|---|---|
| 18 | AETNA0003245 through AETNA0003254 (PX3050) | Email from C. Morris to Sascha Brown Re: Einstein; Attachment Einstein_Level 1 Info.docx | ✓ | ✓ | ✓ | ✓ | Partial Disclosure |
| 19 | AETNA0003506 through AETNA0003554 (DX136) | Email from Ruchita Kewalramini to C. Morris (among others): Draft Materials – Aetna Pennsylvania strategic options – 6/19 workshop in Blue Bell | ✓ | ✓ | ✓ | ✓ | Partial Disclosure |
| 20 | AETNA0008813 through AETNA0008857 (N/A) | Email from Jacque Sharpe on behalf of Amy Oldenburg to C. Morris (among others) RE: RE: Keystone Network Deep Dive | ✓ | ✓ | ✓ | ✓ | Partial Disclosure |