IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., *Plaintiffs,* <br><br> v. <br><br> THOMAS JEFFERSON UNIVERSITY, et al. *Defendants.* | CIVIL ACTION <br> NO. 20-01113 |

### ORDER

AND NOW, this 11th day of September, 2020, it is **ORDERED** that the following motions are **DENIED** in accordance with and for the reasons stated in the accompanying memorandum: ECF No. 138, 170, 175, 181 and 228.

It is **FURTHER ORDERED** that, consistent with the parties' joint letter of September 9 (ECF 225) identifying the third-party documents they reasonably anticipate using at the preliminary injunction hearing, the following motions are **DENIED AS MOOT**: ECF 137, 139, 140, 141, 142, 143, 145, 148, 149, 150, 151, 152, 154, 155, 156, 160, 161, 162, 165, 167, 169, 170, 171, 172, 174, 175, 176, 177, 178, 179, 181, 182, 184, 193, and 194.

BY THE COURT:

_____
GERALD J. PAPPERT, J.