IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY, et al.<br>*Defendants.* | CIVIL ACTION<br>NO. 20-01113 |

## **ORDER**

AND NOW, this 15th day of September, 2020, it is **ORDERED** that non-party Cigna Corporation's motion for reconsideration (ECF 231) of the Court's September 11, 2020 Order (ECF 230) is **DENIED AS MOOT**.

BY THE COURT:

_____
GERALD J. PAPPERT, J.