

**Paul H. Saint-Antoine**
Partner
paul.saint-antoine@faegredrinker.com
215-988-2990 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103
+1 215 988 2700 main
+1 215 988 2757 fax

faegredrinker.com

October 12, 2020

**VIA E-MAIL**

The Honorable Gerald J. Pappert
U.S. District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Pappert@paed.uscourts.gov

Re:   *FTC, et al. v. Thomas Jefferson University, et al.*, No. 2:20-cv-01113-GJP (E.D. Pa.)

Dear Judge Pappert:

On behalf of Defendants Thomas Jefferson University and Albert Einstein Healthcare Network ("Defendants"), please find, attached as Appendix A, a list of pre-marked exhibits that Defendants will move into evidence in the above-identified matter.

As discussed in open Court at the conclusion of the preliminary injunction hearing, the Parties invite the Court to evaluate whether and how it may wish to revisit any motions to seal that it previously denied as moot.  To that end, Appendix A specifically identifies exhibits that either the Parties or any non-Party previously moved to seal, and the current disposition of such motions.

In addition to this list, Defendants are transmitting to Your Honor, through a separate email, electronic copies of a small set of exhibits that were not included with Defendants' initial submission of marked exhibits to Chambers.  With that transmission, Your Honor now has electronic copies of the exhibits Defendants will move into evidence.  Please let us know if you would like paper copies of these exhibits.

Thank you for Your Honor's consideration of this matter.  Please let us know if the Court has any questions or needs any additional information in advance of the oral arguments on October 26, 2020.

The Honorable Gerald J. Pappert        -2-        October 12, 2020

Respectfully,

*/s/ Paul Saint-Antoine*
Paul Saint-Antoine

Enclosures

cc:     All Counsel (via electronic mail, with enclosures)

Case 2:20-cv-01113-GJP   Document 275   Filed 12/07/20   Page 3 of 9

Defendants' Appendix A
FTC et al. v Thomas Jefferson University et al., Case No. No. 2:20-cv-01113 (E.D. Pa.)

| DX No. | PX No. | JX No. | Date | Description | Beginning Prod. No. | Ending Prod. No. | Motion to Seal | Motion to Seal Ruling | Motion to Seal Dkt No. | Motion to Seal Order Dkt. No. | Deposition Line Citations Subject to Motion to Seal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DX0108 | PX3007 | JX0020 | 8/23/2016 | Email from J. Flynn to C. Morris Re: 2017 Product Offerings | AETNA0001746 | AETNA0001747 | Partial | Denied as Moot | Dkt. 171 | Dkt. 229, 230 | |
| DX0126 | | | 3/8/2018 | Efficiency Relativities OE no PModel 2017 Narrow Optionv2.xlsx | AETNA0002140 | AETNA0002140 | Partial | Denied as Moot | Dkt. 171 | Dkt. 229, 230 | |
| DX0127 | | | 11/30/2016 | Calendar Invite from Stephanie Mayes to C. Morris (among others) for a November 30, 2016 meeting with the subject: Network Meeting (In Person) | AETNA0002248 | AETNA0002265 | Partial | Denied as Moot | Dkt. 171 | Dkt. 229, 230 | |
| DX0136 | | | 6/16/2017 | Email from Ruchita Kewalramini to Chris Morris (among others): Draft Materials – Aetna Pennsylvania strategic options – 6/19 workshop in Blue Bell | AETNA0003506 | AETNA0003554 | Partial | Denied as Moot | Dkt. 171 | Dkt. 229, 230 | |
| DX0204 | | | 2/28/2020 | Email thread between Megan Carlo, Keith Markowitz, Michael Ungvary, and others re: "Review/Approve: UPDATED Doylestown Hospital Term Draft letters" | CI-TJU-LIT-00003347 | CI-TJU-LIT-00003348 | Partial | Denied | Dkt. 175 | Dkt. 229, 230 | |
| DX0205 | | | 2/28/2020 | (Attachment to DX 204) Cigna template letter to | CI-TJU-LIT-00003349 | CI-TJU-LIT-00003359 | Partial | Denied | Dkt. 175 | Dkt. 229, 230 | |
| DX0206 | | | 10/8/2019 | Email thread between Lisa Varian, Michael Ungvary, Keith Markowitz, and others re: Review/approve - Trinity Health (PA) term letters | CI-TJU-LIT-00000787 | CI-TJU-LIT-00000800 | Partial | Denied | Dkt. 175 | Dkt. 229, 230 | |
| DX0209 | | | 2/20/2014 | Presentation: "Cigna / Cigna-HealthSpring Hospital Review for Philadelphia" | CIGTJU-000000001 | CIGTJU-000000015 | Partial | Denied | Dkt. 175 | Dkt. 229, 230 | |
| DX0226 | | | March 2020 | medPAC: Report to the Congress: Medicare Payment Policy (Ch. 8: Skilled nursing facility services) | DX0226-001 | DX0226-032 | | | | | |
| DX0306 | | | 9/5/2019 | Hospital Contracts List | IBC3578-SUB | IBC3579-SUB | | | | | |
| DX0307 | | | | Network Adequacy summary for Jefferson | IBC0034 | IBC0034 | | | | | |
| DX0308 | | | 3/15/2017 | Network Adequacy analysis for Jefferson | IBC0035 | IBC0148 | | | | | |
| DX0312 | | | 3/10/2017 | Letter from P. Staudenmeier to P. DeAngelis | TJU-00745525 | TJU-00745529 | | | | | |
| DX0313 | | | 5/29/2017 | Email among A. Coletta and P. DeAngelis re: Independence/Jefferson follow up | IBC010051-SUB | IBC010053-SUB | | | | | |
| DX0606 | | | 3/11/2019 | Doylestown Health Roadmap for Independence - Update | FTC-Doylestown-00000049 | FTC-Doylestown-00000092 | Complete | Denied as Moot | Dkt. 179 | Dkt. 229, 230 | |
| DX8545 | | | 11/11/2016 | EHN Confidential Information Package | AEHN-0897993 | AEHN-0898180 | Complete | Denied as Moot | Dkt. 192 | Dkt. 232 | |
| DX8660 | | | 1/30/2017 | Referral / Denial Logs | AEHN-WP-0000185 | AEHN-WP-0000191 | Complete | Denied as Moot | Dkt. 192 | Dkt. 232 | |
| DX8669 | | | 12/7/2018 | Email from Christopher McTiernan to Barry | AEHN-0271501 | AEHN-0271501 | Complete | Denied as Moot | Dkt. 192 | Dkt. 232 | |
| DX0403 | | | 6/25/2017 | Jefferson 6_26 Exec Meeting materials.msg | UHC_SDT_00015436; UHC_SDT_00015464 | UHC_SDT_00015436; UHC_SDT_00015474 | Partial | Denied as Moot | Dkt. 176 | Dkt. 229, 230 | |
| DX8780 | PX2184 | JX0008 | | Email from K. Kaufman to B. Freedman and S. | AEHN-AG-FC- | AEHN-AG-FC-0000160 | Complete | Denied as Moot | Dkt. 192 | Dkt. 232 | |
| | PX2404 | JX0003 | 1/7/2019 | Sampling of referral/denial logs for Moss | AEHN-1457824 | AEHN-1457833 | Partial | Denied as Moot | Dkt. 192 | Dkt. 232 | |
| DX0503 | | | | Printout of Deer Meadows website | DX0503-001 | DX0503-003 | | | | | |
| DX0317 | | | 2/10/2017 | IHG Transformation - Network optimization and Product Design: Strategic Planning Workshop Pre-Reading Material | IBC7584-SUB | IBC7604-SUB | Partial | Denied | Dkt. 181. 218, 228 | Dkt. 229, 230 | |
| DX0505 | | | 8/8/2018 | Internal MLH email from Ed McKillip Re "Rehab 5-year Projection" | MLH_00078143 | MLH_00078144 | | | | | |
| DX0323 | | | 3/24/2017 | Cost of Termination - Jefferson Health System | IBC011440-SUB | IBC011441-SUB | Partial | Denied | Dkt. 181. 218, 228 | Dkt. 229, 230 | |
| DX0332 | | | 7/16/2018 | Project Rushmore Business Plan: Scope & Preliminary Findings | IBC008791-SUB | IBC008851-SUB | Partial | Denied | Dkt. 181. 218, 228 | Dkt. 229, 230 | |
| DX3000 | PX1005 | JX0083 | 9/6/2016 | GCOUNSEL-#24177-v1-DVACO_Aetna_Product, attaching Pennsylvania Employee Benefits Trust Fund Narrow Network Analysis and Recommendation | TJU-00312259 | TJU-00312260 | Complete | Denied as Moot | Dkt. 168 | Dkt. 232 | |
| DX0601 | | | 11/13/2019 | November 13, 2019 DH Official Bond Statement | DH0000121 | DH0000416 | | | | | |
| DX0602 | | | | Doylestown Hospital - Inpatient Market Share (through June 2019) | DH0000559 | DH0000603 | | | | | |
| DX0604 | | | 10/20/2016 | Mini Retreat Doylestown Hospital and Doylestown Health Foundation Board of Directors Meeting Minutes | DH0000614 | DH0000615 | | | | | |

Case 2:20-cv-01113-GJP   Document 275   Filed 12/07/20   Page 4 of 9

Defendants' Appendix A
FTC et al. v Thomas Jefferson University et al., Case No. No. 2:20-cv-01113 (E.D. Pa.)

| DX No. | PX No. | JX No. | Date | Description | Beginning Prod. No. | Ending Prod. No. | Motion to Seal | Motion to Seal Ruling | Motion to Seal Dkt No. | Motion to Seal Order Dkt. No. | Deposition Line Citations Subject to Motion to Seal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DX9337 | PX1036 | JX0080 | 6/20/2018 | Magee Rehabilitation - 2019-2021 Strategic Plan | TJU-00004095 | TJU-00004152 | Partial | Denied as Moot | Dkt. 168 | Dkt. 232 | |
| DX0704 | | | | Appendix A to Official Bond Statement | HRHS-000001 | HRHS-000055 | | | | | |
| DX9348 | | | "July 2018" | Integration Accomplishments Update - July 2018 | TJU-00004854 | TJU-00004892 | Complete | Granted | Dkt. 168 | Dkt. 232 | |
| DX1106 | | | 2017 | Kessler presentation: "Strategic Planning Session" | KESSLER-000164 | KESSLER-000188 | | | | | |
| DX9413 | | | 2/20/2019 | Abington Jefferson Health Operations Plan | TJU-00580757 | TJU-00580767 | Complete | Denied as Moot | Dkt. 168 | Dkt. 232 | |
| DX1112 | | | | Kessler presentation: "2019 Strategic Positioning | KESSLER-000015 | KESSLER-000028 | | | | | |
| DX9436 | | | 8/8/2017 | IBC - Jefferson Health Agreement Effective September 1, 2017 | TJU-01365340 | TJU-01365341 | Complete | Denied as Moot | Dkt. 168 | Dkt. 232 | |
| DX9440 | | | 11/1/2017 | IBC Snapshot | TJU-01802427 | TJU-01802428 | Complete | Denied as Moot | Dkt. 168 | Dkt. 232 | |
| DX1109 | | | | Kessler presentation: "Kessler Marlton" | KESSLER-000146 | KESSLER-000163 | Partial | Denied as Moot | Dkt. 137 | Dkt. 229, 230 | |
| DX1408 | | | 6/4/2020 | Letter from Congress (Porter, Doggett, Scanlon, DeLauro) to Jonathan Sokoloff | DX1408-001 | DX1408-003 | | | | | |
| DX1506 | | | 10/1/2018 | New Trustee Orientation | GV-1049 | GV-1050 | | | | | |
| DX1512 | | | 3/1/2018 | Grand View Health Draft Phase I Report | GV-1608 | GV-1610 | | | | | |
| DX1524 | | | 1/1/2019 | Whitecap Report - GVH Strategic Capital Asset Plan Final Report | GV-009874; GV-009876 | GV-009874; GV-009876 | | | | | |
| DX1610 | | | 2/12/2020 | "Philadelphia Inquirer article entitled Mercy Hospital in West Philadelphia faces closure as an inpatient facility" | DX1610-001 | DX1610-009 | | | | | |
| DX0504 | | | 8/24/2016 | Bryn Mawr Rehab Consumer Campaign: Marketing and Media Strategy & Creative Concept, dated August 24, 2016 | MLH_00082819 | MLH_00082819 | Partial | Denied as Moot | Dkt. 169 | Dkt. 229, 230 | |
| DX0506 | | | 4/12/2016 | Internal MLH email from Lisa Lefkowitz to Robert Kleman re: "Aetna-MLH Extension Agreement - Draft 4-12-16" | MLH_00051672 | MLH_00051673 | Complete | Denied as Moot | Dkt. 169 | Dkt. 229, 230 | |
| DX0507 | | | 11/8/2017 | Bryn Mawr Rehab Foundation: Health Care Market Overview | MLH_00048845 | MLH_00048845 | Partial | Denied as Moot | Dkt. 169 | Dkt. 229, 230 | |
| DX0511 | | | 3/13/2017 | LMC Strategic and Business Planning, Network Growth Presentation | MLH_00095240 | MLH_00095240 | Partial | Denied as Moot | Dkt. 169 | Dkt. 229, 230 | |
| DX8717 | | | 4/29/2016 | George Huang email to internal MLH re: Rehab Market Summaries - updated with full FY15 | MLH_00081552 | MLH_00081554 | Partial | Denied as Moot | Dkt. 169 | Dkt. 229, 230 | |
| DX8723 | | | 7/10/2017 | Email from Michelle Brennan to Praveen Shanbhag Re: Rehab | MLH_00094245 | MLH_00094245 | Complete | Denied as Moot | Dkt. 169 | Dkt. 229, 230 | |
| DX1803 | | | Sept. 2018 | CardSurg MSDRG Market Analysis | UPHS 003111 | UPHS 003123 | Complete | Denied as Moot | Dkt. 142 | Dkt. 229, 230 | |
| DX2109 | | | 12/31/2019 | Genesis 10-K | DX2109-001 | DX2109-138 | | | | | |
| DX1809 | | | 10/11/2017 | Penn Medicine Primary Care, Micro Market Assessment, Steering Committee Mtg October 11, | FTC-Penn-00003595 | FTC-Penn-00003626 | Complete | Denied as Moot | Dkt. 148 | Dkt. 229, 230 | |
| DX2409 | | | 6/22/2020 | LMSD Data re Medical Claims and Employee Enrollment | LMSD-000042 | LMSD-000042 | | | | | |
| DX0906 | | | 9/13/2017 | Suburban Community Hospital Trends; Roxborough Memorial Hospital Trends | PRIME_000166 | PRIME_000175 | Complete | Denied as Moot | Dkt. 174 | Dkt. 229, 230 | |
| DX8000 | | | 8/10/2019 | Expert Report of Cory S. Capps, Ph.D. | | | | | | | |
| DX8100 | | | | Expert Report of Subramaniam Ramanarayanan | DX8100-001 | DX8100-220 | | | | | |
| DX8200 | | | | Expert Report of Todd Patnode | DX8200-001 | DX8200-100 | | | | | |
| DX8300-1 | | | 8/10/2019 | Expert Report of Lisa N. Ahern | | | | | | | |
| DX8303 | PX6016 | JX0024 | 5/31/2019 | Thomas Jefferson University & Albert Einstein Healthcare Network Rationalization and Integration | | | | | | | |
| DX8504 | | | 10/31/2017 | Letter to UPMC discussing the contingencies they placed on moving forward with a transaction | AEHN-0123287 | AEHN-0123294 | | | | | |
| DX8505 | | | | Objectives Document | AEHN-0140780 | AEHN-0140782 | | | | | |
| DX8506 | | | 11/24/2017 | Email from Reshma Patel to Dixie James | AEHN-0152853 | AEHN-0152853 | | | | | |
| DX8508 | | | 2/23/2015 | Email from Jayne Morgon to David Ertel | AEHN-0160564 | AEHN-0160564 | | | | | |
| DX8509 | | | 2/9/2018 | Email from Beth Duffy to Dixie James Re: Main Line Health to build major KoP Health Center | AEHN-0192808 | AEHN-0192810 | | | | | |

Case 2:20-cv-01113-GJP  Document 275  Filed 12/07/20  Page 5 of 9

Defendants' Appendix A
FTC et al. v Thomas Jefferson University et al., Case No. No. 2:20-cv-01113 (E.D. Pa.)

| DX No. | PX No. | JX No. | Date | Description | Beginning Prod. No. | Ending Prod. No. | Motion to Seal | Motion to Seal Ruling | Motion to Seal Dkt. No. | Motion to Seal Order Dkt. No. | Deposition Line Citations Subject to Motion to Seal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DX8510 | | | 6/7/2018 | Presentation (Philadelphia Hospital Transplant | AEHN-0201811 | AEHN-0201811 | | | | | |
| DX8512 | | | 8/11/2014 | Email from Reshma Patel to Craig Sieving | AEHN-0225940 | AEHN-0225941 | | | | | |
| DX8517 | | | 10/14/2016 | Post-Acute Strategic Plan Kickoff Meeting 10/14/16 | AEHN-0357101 | AEHN-0357101 | | | | | |
| DX8521 | | | 4/29/2015 | Email from R. Lefton to P. Seminara re: Moss losing market share to BMR | AEHN-0413291 | AEHN-0413291 | | | | | |
| DX2305 | | | | "FTC Competitor Data" i.e. data provided to FTC re: CID | STM0091 | STM0140 | Partial | Denied | Dkt. 138 | Dkt. 229, 230 | |
| DX8553 | | | 4/20/2017 | MossRehab Feasibility Study containing SWOT analysis discussing SNFs and regulatory changes | AEHN-1458711 | AEHN-1458714 | | | | | |
| DX8556 | | | 10/3/2017 | Presentation (Phoenixville, Pottstown and Chestnut Hill AnalysisAugust 2017) | AEHN-2081562 | AEHN-2081562 | | | | | |
| DX8562 | | | 6/19/2014 | Email from G. Blaney to M. Nuccio | AEHN-3838801 | AEHN-3838802 | | | | | |
| DX8605 | | | 9/29/2016 | Minutes of the Meeting of the Board of Trustees of Einstein, dated September 29, 2016 | AEHN-5774833 | AEHN-5774836 | | | | | |
| DX8652 | | | 9/6/2017 | Email from Alberto Esqueanazi to Thomas Smith | AEHN-WP-0000089 | AEHN-WP-0000089 | | | | | |
| DX8653 | | | 9/6/2017 | MC IRF Data Compare 2016 | AEHN-WP-0000090 | AEHN-WP-0000091 | | | | | |
| DX8654 | | | 12/29/2017 | Email from Alberto Esqueanazi to Einstein Leadership | AEHN-WP-0000092 | AEHN-WP-0000092 | | | | | |
| DX8655 | | | 8/3/2018 | Email from Ruth Lefton to Alberto Esqueanzi | AEHN-WP-0000093 | AEHN-WP-0000093 | | | | | |
| DX8659 | | | 4/25/2017 | Presentation Re PAC Strategic Plan | AEHN-WP-0000157 | AEHN-WP-0000183 | | | | | |
| DX1301 | | | 10/27/2016 | Shannondell brochure | Shares-00912509 | Shares-00912516 | Complete | Denied as Moot | Dkt. 160 | Dkt. 229, 230 | |
| DX8665 | | | 7/27/2017 | Email from Kathy Gleason to Alberto Esquenazi | AEHN-WP-0000197 | AEHN-WP-0000203 | | | | | |
| DX8666 | | | 8/2/2016 | Email from Thomas Smith to Joan Gubernick | AEHN-WP-0000204 | AEHN-WP-0000204 | | | | | |
| DX1306 | | | 3/1/2016 | King & More Marketing overview | Shares-01211205 | Shares-01211213 | Complete | Denied as Moot | Dkt. 160 | Dkt. 229, 230 | |
| DX8671 | | | 11/6/2017 | Kaufman Hall, Preliminary Evaluation of "Plan B" Strategic Options | AEHN-WP-0000370 | AEHN-WP-0000426 | | | | | |
| DX1314 | | | 2/7/2019 | Email from D. Freed to W. Kim re. competitors to add to "CRM" system | Shares-01201733 | Shares-01201743 | Complete | Denied as Moot | Dkt. 160 | Dkt. 229, 230 | |
| DX1901 | | | 8/1/2017 | Einstein Healthcare Network Profile | TH-001266 | TH-001331 | Complete | Denied as Moot | Dkt. 143 | Dkt. 229, 230 | |
| DX1904 | | | | Rehabilitation at Phoenixville Hospital - Strategic Plan - 2020 | TH-003552 | TH-003552 | Complete | Denied as Moot | Dkt. 143 | Dkt. 229, 230 | |
| DX8781 | PX2476 | JX0009 | | EMCP, EMCEP, and Moss Funded and Deferred Capital Expenditures (Dec. 11 2019) | AEHN-AG-FC-0000161 | AEHN-AG-FC-0000161 | Complete | Denied as Moot | Dkt. 186 | Dkt. 232 | |
| DX8791 | PX2294 | JX0019 | 6/3/2015 | Series 2015A Note | AEHN-WP-0001019 | AEHN-WP-0001298 | | | | | |
| DX1905 | | | 1/23/2019 | Tower Health - Integrated Strategic Financial Plan | TH-000323 | TH-000389 | Complete | Denied as Moot | | Dkt. 229, 230 | |
| DX8794 | PX7023 | JX0035 | 7/8/2020 | Gerard Blaney (Einstein) deposition, 7/8/2020 | | | | | | | |
| DX1908 | | | 2/1/2018 | Pottstown Hospital Market Assessment and Strategic Plan | TH-001078 | TH-001163 | Complete | Denied as Moot | Dkt. 143 | Dkt. 229, 230 | |
| DX1909 | | | 2/1/2018 | Phoenixville Hospital Market Assessment and Strategic Plan | TH-000985 | TH-001077 | Complete | Denied as Moot | Dkt. 143 | Dkt. 229, 230 | |
| DX8799 | PX7021 | JX0033 | 7/7/2020 | Jack Carroll (Jefferson) deposition, 7/7/2020 | | | | | | | |
| DX8802 | PX7039 | JX0051 | 7/16/2020 | Eric Demkin (Lower Merion School District) 30(b)(6) deposition, 7/16/2020 | | | | | | | |
| DX8803 | PX7020 | JX0032 | 7/7/2020 | Beth Duffy (Einstein) deposition, 7/7/2020 | | | | | | | |
| DX0402 | | | 1/14/2020 | Email from S. Nusrat to C. Winings re: Einstein Termination | UHC-FTCPA-0001932 | UHC-FTCPA-0001939 | Partial | Denied as Moot | Dkt. 176 | Dkt. 229, 230 | |
| DX0405 | | | | IBC Analysis | UHC_SDT_00015436; UHC_SDT_00015456 | UHC_SDT_00015436; UHC_SDT_00015463 | Partial | Denied as Moot | Dkt. 176 | Dkt. 229, 230 | |
| DX0450 | | | 8/20/2018 | Jefferson Health System Commercial Renegotiation 2017 | UHC_SDT_00015786 | UHC_SDT_00015789 | Complete | Denied as Moot | Dkt. 176 | Dkt. 229, 230 | |
| DX8810 | PX7053 | JX0065 | 7/29/2020 | Lori Gustave (Penn Medicine) deposition, 7/29/2020 | | | | | | | |
| DX8814 | PX7042 | JX0054 | 7/16/2020 | Michael Laign (Holy Redeemer) 30(b)(6) deposition, 7/16/2020 | | | | | | | |
| DX9498 | | | | Jefferson Health - Impact Assessment | UHC_NonPatientCID_00000502 | UHC_NonPatientCID_00000508 | Partial | Denied as Moot | Dkt. 176 | Dkt. 229, 230 | |

Case 2:20-cv-01113-GJP   Document 275   Filed 12/07/20   Page 6 of 9
Defendants' Appendix A
FTC et al. v Thomas Jefferson University et al., Case No. No. 2:20-cv-01113 (E.D. Pa.)

| DX No. | PX No. | JX No. | Date | Description | Beginning Prod. No. | Ending Prod. No. | Motion to Seal | Motion to Seal Ruling | Motion to Seal Dkt No. | Motion to Seal Order Dkt. No. | Deposition Line Citations Subject to Motion to Seal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DX8792 | PX7015 | JX0027 | 6/30/2020 | Daniel Ahern (Tower) 30(b)(6) deposition, 6/30/3030 | | | Complete | Denied as Moot | Dkt. 143 | Dkt. 229, 230 | 71:7-10, 71:19-72:9, 80:4-22, 109:19-111:19, 131:11-17, 132:3-5, 134:13-135:16, 74:5-22, 75:22-76:14, 129:18-130:12, 133:8-134:12, 203:1-5 |
| DX8825 | PX7026 | JX0038 | 7/10/2020 | Lawrence Reichlin (Einstein) deposition, 7/10/2020 | | | | | | | |
| DX8827 | PX7033 | JX0045 | 7/14/2020 | Phyllis Schlichtmann (Kessler) 30(b)(6) deposition, 7/14/2020 | | | | | | | |
| DX8795 | PX7038 | JX0050 | 7/15/2020 | James Brexler (Doylestown) 30(b)(6) deposition, 7/15/2020 | | | Partial | Denied as Moot | Dkt. 179 | Dkt. 229, 230 | 82:15-83:1, 83:10-20, 85:21-86:8 |
| DX8797 | PX7022 | JX0034 | 7/7/2020 | Michael Buongiorno (Main Line) 30(b)(6) deposition, 7/7/2020 | | | Partial | Denied as Moot | Dkt. 169 | Dkt. 229, 230 | 42:12-44:16, 49:22-50:21 |
| DX9303 | PX1063 | JX0078 | 9/14/2018 | System Integration Agreement | TJU-00000001 | TJU-00000246 | | | | | |
| DX9304 | PX1413 | JX0079 | "April" | Organizational Profile | TJU-00001112 | TJU-00001207 | | | | | |
| DX9308 | PX1140 | JX0022 | 9/12/2018 | Meeting Minutes of the Special Meeting of the TJU Board of Trustees | TJU-06219474 | TJU-06219505 | | | | | |
| DX9334 | | | "November 2018" | Comparison to Jefferson Health & Summary Organizational Review of Penn Medicine University of Pennsylvania Health System | TJU-00003591 | TJU-00003618 | | | | | |
| DX8805 | PX7025 | JX0037 | 7/10/2020 | Jack Flynn (Jefferson), deposition, 7/10/2020 | | | Partial | Denied as Moot | Dkt. 168 | Dkt. 232 | 150:6-9 |
| DX9344 | | | 5/30/2019 | Jefferson Health Integration – FY17 Accomplishments | TJU-00004613 | TJU-00004622 | | | | | |
| DX9345 | | | 5/30/2019 | Jefferson Health Integration – FY18 Accomplishments | TJU-00004623 | TJU-00004629 | | | | | |
| DX8806 | PX7055 | JX0067 | 8/4/2020 | Dan Freed (Shannondell) 30(b)(6) deposition, | | | Complete | Denied as Moot | Dkt. 160 | Dkt. 229, 230 | 127:7-23, 69:2-20, 76:1-17, 62:14- |
| DX9351 | | | "April 2019" | Integration Accomplishments Update - April 2019 | TJU-00004928 | TJU-00004967 | | | | | |
| DX9371 | | | 11/8/2017 | Jefferson Health System Integration Playbook | TJU-00005517 | TJU-00005591 | | | | | |
| DX9383 | | | 6/19/2018 | Jefferson New Jersey Washington Township: Inpatient Tower Analysis | TJU-00222228 | TJU-00222252 | | | | | |
| DX9402 | | | 11/20/2018 | Magee Marketing Plan 2019 | TJU-00393851 | TJU-00393978 | | | | | |
| DX9412 | PX1054 | JX0090 | 3/5/2018 | Email from Steve Klasko to Nathan Kaufman re: Tuesday night at ache | TJU-00530994 | TJU-00530995 | | | | | |
| DX8808 | PX7024 | JX0036 | 7/8/2020 | Philip Green (PDG Consulting), deposition, 7/8/2020 | | | Partial | Denied as Moot | Dkt. 168 | Dkt. 232 | |
| DX9417 | | | 9/26/2018 | Competitor Health System Profile, Grand View Health | TJU-00706599 | TJU-00706627 | | | | | |
| DX9428 | | | 10/14/2014 | One on One | TJU-01082832 | TJU-01082833 | | | | | |
| DX9431 | | | 5/7/2016 | Re: Jefferson Head and Neck Center | TJU-01307540 | TJU-01307543 | | | | | |

4

Case 2:20-cv-01113-GJP   Document 275   Filed 12/07/20   Page 7 of 9

Defendants' Appendix A
FTC et al. v Thomas Jefferson University et al., Case No. No. 2:20-cv-01113 (E.D. Pa.)

| DX No. | PX No. | JX No. | Date | Description | Beginning Prod. No. | Ending Prod. No. | Motion to Seal | Motion to Seal Ruling | Motion to Seal Dkt No. | Motion to Seal Order Dkt. No. | Deposition Line Citations Subject to Motion to Seal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DX8822 | PX7050 | JX0062 | 7/30/2020 | Christopher Morris (Aetna) 30(b)(6) deposition, 7/30/2020 | | | Partial | Denied as Moot | Dkt. 171 | Dkt. 229, 230 | 116:1, 116:5-7, 124:10-12, 109:19-22, 110:2-6, 110:8-9, 110:12-16, 110:18-19, 111:1-3, 111:5, 63:10-12, 63:15-16, 63:18-22, 64:1-3, 66:8-12, 66:20-67:6, 67:9-10, 61:9-10, 61:12-13, 61:16-17, 61:20-22, 63:4-5, 107:15-16, 107:18-20, 108:1-8, 108:10-13, 31:19-20, 124:10-12, 124:15-17 |
| DX8823 | PX7013 | JX0025 | 6/23/2020 | Donna Phillips (Bryn Mawr) 30(b)(6) deposition, 6/23/2020 | | | Partial | Denied as Moot | Dkt. 169 | Dkt. 229, 230 | 143:19-22 |
| DX9441 | PX1067 | JX0094 | 8/30/2016 | Email re: Next steps and principles | TJU-01815906 | TJU-01815911 | | | | | |
| DX9444 | | | 9/17/2018 | Re: Grandview Hospital Announcement Call today | TJU-01892811 | TJU-01892813 | | | | | |
| DX9445 | | | 7/21/2016 | RE: Space | TJU-02048090 | TJU-02048094 | | | | | |
| DX9466 | | | 3/13/2018 | Ann's Choice | TJU-04317710 | TJU-04317710 | | | | | |
| DX9472 | | | "March 2018" | Doylestown Health Strategy & Business Development | TJU-05266933 | TJU-05266961 | | | | | |
| DX9483 | | | N/A | 2016 Referral and Denial Log | TJU-06075189 | TJU-06075189 | | | | | |
| DX9484 | | | N/A | 2017 Referral and Denial Log | TJU-06075190 | TJU-06075190 | | | | | |
| DX9485 | | | N/A | 2018 Referral and Denial Log | TJU-06075191 | TJU-06075191 | | | | | |
| DX9486 | | | N/A | 2019 Referral and Denial Log | TJU-06075192 | TJU-06075192 | | | | | |
| DX9488 | | | 2/23/2013 | RE: Einstein Montgomery | TJU-06075228 | TJU-06075229 | | | | | |
| DX9491 | | | 4/21/2017 | Follow-up Items | TJU-06077642 | TJU-06077643 | | | | | |
| DX9496 | | | 2/8/2018 | Email re: Einstein/TJU Letter of Intent ATTORNEY-CLIENT PRIVILEGE (4c-30) | TJU-06218866 | TJU-06218872 | | | | | |

Case 2:20-cv-01113-GJP   Document 275   Filed 12/07/20   Page 8 of 9

Defendants' Appendix A
FTC et al. v Thomas Jefferson University et al., Case No. No. 2:20-cv-01113 (E.D. Pa.)

| DX No. | PX No. | JX No. | Date | Description | Beginning Prod. No. | Ending Prod. No. | Motion to Seal | Motion to Seal Ruling | Motion to Seal Dkt No. | Motion to Seal Order Dkt. No. | Deposition Line Citations Subject to Motion to Seal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DX8831 | PX7043 | JX0055 | 7/20/2020 | Andrew Shelak (Prime) 30(b)(6) deposition, 7/20/2020 | | | Partial | Denied as Moot | Dkt. 174 | Dkt. 229, 230 | 52:9-10, 52:14-16, 53:5-7, 53:9, 57:6-15 |
| DX9507 | PX7056 | JX0068 | 8/5/2020 | 30(b)(6) Deposition Transcript of Grand View Health (John Mark Horne) | | | | | | | |
| DX8834 | PX7052 | JX0064 | 7/29/2020 | Cynthia Winings (United) 30(b)(6) deposition, 7/29/2020 | | | Partial | Denied as Moot | Dkt. 176 | Dkt. 229, 230 | 144:11-145:1, 146:20-148:4, 78:19-79:17, 112:3-114:22, 141:22-142:12, 281:12-17, 282:18-283:22, 238:3-240:10,100:18-101:10, 103:4-107:12, 116:4-121:1, 123:10-131:9, 400:18-404:11, 185:21-187:17, 191:7-192:3, 166:15-167:3, 167:14-19, 168:3-19, 225:1-16, 232:16-10, 236:15-19, 204:15-207:7, 341:15-342:8, 353:13-354:10, 397:7-17, 399:1-3, 400:18-404:9, 407:14-408:16, 409:20-410:8 |
| DX9531 | | | | Strategic Options Detailed Profiles of Potential | AEHN-0545024 | AEHN-0545075 | | | | | |
| DX9532 | | | 11/12/2019 | Email from K. Doghramji to K. Kinslow attaching One Jefferson Highlights Update 2H FY19 | TJU-06204150 | TJU-06204177 | | | | | |
| DX9533 | | | 7/26/2016 | Integration Year End Summary Report 7-26-16 | TJU-02154086 | TJU-02154090 | | | | | |
| DX9534 | | | 10/17/2018 | FW: Obstetric Analysis | TJU-02529251 | TJU-02529259 | | | | | |
| DX9601 | | | 1/19/2019 | Philadelphia Inquirer Article: How a Pending Jefferson Deal Could Reshape Philadelphia's health- | DX9601-001 | DX9601-006 | | | | | |
| DX9606 | PX1141 | N/A | 2/12/2017 | Email from Peter DeAngelis to Stephen Klasko re: RE: Follow up (02/12/17) | TJU-00047129 | TJU-00047133 | | | | | |
| DX9529 | | | 9/30/2019 | Prospect Medical Holdings, Inc. | CROZER0001490 | CROZER0001522 | Complete | Denied | Dkt. 194 | Dkt. 229, 230 | |
| DX9607 | PX1375 | N/A | 4/10/2017 | Email from Sharon Galup to Peter DeAngelis re: RE: Independence Blue Cross Summary 4/9/17 (04/10/17) | TJU-00879271 | TJU-00879279 | Complete | Denied | Dkt. 168 | Dkt. 232 | |

Case 2:20-cv-01113-GJP   Document 275   Filed 12/07/20   Page 9 of 9

Defendants' Appendix A
FTC et al. v Thomas Jefferson University et al., Case No. No. 2:20-cv-01113 (E.D. Pa.)

| DX No. | PX No. | JX No. | Date | Description | Beginning Prod. No. | Ending Prod. No. | Motion to Seal | Motion to Seal Ruling | Motion to Seal Dkt No. | Motion to Seal Order Dkt. No. | Deposition Line Citations Subject to Motion to Seal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DX9610 | PX1243 | N/A | 9/7/2016 | Email from Michael Walsh to Peter DeAngelis re: AJH Inpatient Market Share Report (FY2016 Qtr 2) w/Attach: ATT00001.htm; Abington - Jefferson Health Market Share.pdf; ATT00006.htm;  ATT00003 htm; image002.png; image005.png;  image003.png; image004.png; ATT00005.htm; ATT00004 htm; ATT00002.htm; image001.png (09/07/16) | TJU-03023669 | TJU-03023724 | | | | | |
| DX9609 | PX7010 | N/A | 11/6/2019 | Investigational Hearing Transcript of Christopher Morris (11/06/19) | DX9609-001 | DX9609-025 | Partial | Denied as Moot | Dkt. 171 | Dkt. 229, 230 | |
| | PX2444 | JX0004 | 2/15/2019 | Presentation by P. Seminara re: post-acute care continuum dated Feb. 15, 2019. | AEHN-3059436 | AEHN-3059437 | | | | | |
| | PX1303 | | | Email from Stephen Klasko to Phil Green; Robert Cindrich; Stephen Boochever re: Payor Issues (05/19/17) | TJU-06080893 | TJU-06080896 | | | | | |