IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al., *Plaintiffs,* v. THOMAS JEFFERSON UNIVERSITY et al., *Defendants.* | CIVIL ACTION NO. 20-01113 |

### ORDER

AND NOW, this 8th day of December, 2020, it is **ORDERED** that the Complaint (ECF 7) of the Federal Trade Commission and the Commonwealth of Pennsylvania seeking a preliminary injunction against Defendants Thomas Jefferson University and Albert Einstein Healthcare Network pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), and Section 16 of the Clayton Act, 15 C.S.C. § 26, is **DISMISSED** consistent with the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.