OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 10, 2020

Ryan T. Andrews
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Gustav P. Chiarello
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Charles E. Dickinson
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Guia Dixon
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Jamie France
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Christopher D. Harris
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Mark D. Seidman
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Albert Teng
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

James H. Weingarten
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Tracy W. Wertz
Office of Attorney General of Pennsylvania
Strawberry Square
Harrisburg, PA 17120

Jonathan R. Wright
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

RE: FTC, et al v. Thomas Jefferson University, et al
Case Number: 20-3499
District Court Case Number: 2-20-cv-01113

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed is case opening information regarding the above-captioned appeal filed by **Federal Trade Commission**, docketed at **No. 20-3499**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at

http://www.ca3.uscourts.gov.

Attached is a copy of the full caption as it is titled in the District Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended modifying deadlines and calculation of time. In particular those motions which will toll the time for filing a notice of appeal under Fed.R.App.P. 4(a)(4), other than a motion for attorney's fees under Fed.R.Civ.P. 54, will be considered timely if filed no later than 28 days after the entry of judgment. <u>Should a party file one of the motions listed in Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.</u> The case in the court of appeals will not be stayed absent such notification.**

<u>Counsel for Appellant</u>

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

<u>Counsel for Appellee</u>

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953


cc: Alison M. Agnew
Justin W. Bernick
Joseph S. Betsko
Alexander B. Bowerman
Daniel J. Delaney
James A. Donahue III
Virginia A. Gibson
Kendyl Gilmore
Kathleen K. Hughes
Victoria Joseph
Howard B. Klein
Stephen R. Kovatis
Robert F. Leibenluft
Stephen A. Loney Jr.
Garima Malhotra
Leigh L. Oliver
Molly Pallman
Kimberly D. Rancour
John L. Roach IV
Paul H. Saint-Antoine
Stephen M. Scannell
Mark D. Seidman
Jennifer A. Thomson
Jonathan H. Todt
Carol F. Trevey
Abigail U. Wood
John S. Yi