# Attachment A

## Chart of Aetna Exhibits Admitted Into Evidence Per Dkt. 276

**ATTACHMENT A**

| Document Number | Bates Range and Exhibit Number | Document Description | Category 1: Reimbursement, Bidding & Pricing Info | Category 2: Negotiating Strategies | Category 3: Strategic Analysis | Category 4: Contracting Information |
|---|---|---|---|---|---|---|
| 1 | Bates N/A (DX9609) | FTC Investigational Hearing Transcript of Christopher Morris | ✓ | ✓ | ✓ | ✓ |
| 2 | Bates N/A (DX8822) | Deposition Transcript of Christopher Morris in his Personal and 30(b)(6) Capacities (Aetna, Inc.) | ✓ | ✓ | ✓ | ✓ |
| 3 | AETNA0001746 through AETNA0001747 (DX0108) | Email from J. Flynn to C. Morris Re: 2017 Product Offerings | ✓ | ✓ | | |
| 4 | AETNA0002140 through AETNA0002179 (DX0126) | Efficiency Relativities OE no PModel 2017 Narrow Optionv2.xlsx | ✓ | | | |

| Document Number | Bates Range and Exhibit Number | Document Description | Category 1: Reimbursement, Bidding & Pricing Info | Category 2: Negotiating Strategies | Category 3: Strategic Analysis | Category 4: Contracting Information |
|---|---|---|---|---|---|---|
| 5 | AETNA0002248 through AETNA0002265 (DX0127) | Calendar Invite from Stephanie Mayes to C. Morris (among others) for a November 30, 2016 meeting with the subject: Network Meeting (In Person) | ✓ | ✓ | ✓ | |
| 6 | AETNA0003506 through AETNA0003554 (DX0136) | Email from Ruchita Kewalramini to C. Morris (among others): Draft Materials – Aetna Pennsylvania strategic options – 6/19 workshop in Blue Bell | ✓ | ✓ | ✓ | |