# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3499

FTC, et al v. Thomas Jefferson University, et al

(U.S. District Court No.: 2-20-cv-01113)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit

Clerk

Dated:    March 04, 2021
TMM/cc:   Alison M. Agnew, Esq.
Ms. Kate Barkman,
Joseph S. Betsko, Esq.
Alexander B. Bowerman, Esq.
Daniel J. Delaney, Esq.
James A. Donahue III, Esq.
Bradley Grossman, Esq.
Stephen R. Kovatis, Esq.
John L. Roach IV, Esq.
Paul H. Saint-Antoine, Esq.
Stephen M. Scannell, Esq.
Catherine E. Stetson, Esq.
Jennifer A. Thomson, Esq.
Jonathan H. Todt, Esq.
Aaron D. Van Oort, Esq.
Kenneth M. Vorrasi, Esq.
Tracy W. Wertz, Esq.
Abigail U. Wood, Esq.



A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

John S. Yi, Esq.