IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | |
| *Plaintiffs,* | |
| v. | CIVIL ACTION |
| THOMAS JEFFERSON UNIVERSITY, et al., | NO. 20-1113 |
| *Defendants.* | |

## ORDER

**AND NOW**, this 21st day of September, 2022, after reviewing Aetna's original Motion to Seal (ECF 286), Aetna's Supplemental Brief (ECF 296), and all exhibits thereto, and for the reasons discussed at today's hearing on the Motion, the Motion is **GRANTED**:

1. The exhibits identified in Exhibits 1–6 to Aetna's Supplemental Brief shall be filed **UNDER SEAL** with redacted versions for the public record, as indicated therein.

2. Portions of Exhibits 1–6 that have been redacted or withheld entirely from disclosure shall remain subject to the restrictions on disclosure for Highly Confidential documents as set forth in the Stipulated Protective Order (ECF 55).

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.